1

The Honorable John C. Coughenour

2

3

4

5

6

7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9  UNITED STATES OF AMERICA *ex rel.*
    RYAN SLATER,

10

                        Plaintiff,

11

              v.

12

    CENTRAL PUGET SOUND REGIONAL
13  TRANSIT AUTHORITY,

14

                        Defendant.

15

CASE NO.  19-CV-1715-JCC

**FILED UNDER SEAL**

[PROPOSED] ORDER

16      The United States has filed an *ex parte* Application for an Extension of time to Consider

17  Election to Intervene, seeking a two month extension of time, from July 5, 2021to September 5,

18  2021, to notify the Court whether it intends to intervene in this *qui tam* action.  Such an extension of

19  time is expressly contemplated by the False Claims Act, which provides that the United States "may,

20  for good cause shown, move the Court for extensions of . . . time." 31 U.S.C. § 3730(b)(3).  The

21  Court finds that the *ex parte* Application establishes good cause.

22      Accordingly, it is hereby ORDERED that the United States shall have until September 5,

23  2021 to notify the Court of its decision whether or not to intervene in this *qui tam* action.  The Clerk

[PROPOSED] ORDER - 1
CASE NO. 19-CV-1715-JCC
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   shall maintain the Complaint and other filings under seal for the duration of the government's

2   investigation.

3

4           DATED this ___27___ day of _____, 2021.

5

6                                                    _____
                                                     JOHN C. COUGHENOUR
7                                                    United States District Judge

8
    Presented by:
9

10  ASHLEY C. BURNS, NYBA #5186382
    Assistant United States Attorney
11  United States Attorney's Office
    700 Stewart Street, Suite 5220
12  Seattle, Washington 98101-1271
    Phone:  206-553-7970
13  Fax:  206-553-4067
    E-mail:  ashley.burns@usdoj.gov
14

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER - 2
CASE NO. 19-CV-1715-JCC
FILED UNDER SEAL