THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RYAN SLATER,<br><br>                    Plaintiff,<br>     v.<br><br>CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY,<br><br>                    Defendant. | CASE NO. C19-1715-JCC<br><br>ORDER |

      This matter comes before the Court on the Government's Notice of Election to Decline Intervention (Dkt. No. 15), and Relator's Amended Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. No. 17.)

      Accompanying the Government's notice is a proposed order that provides for the complaint and other papers on file in this action to be unsealed. (Dkt. No. 15-1 at 1.) Additionally, as required under 31 U.S.C. § 3730(b)(1), the Government consents to the dismissal of this action without prejudice to the Government's rights under the False Claims Act, "based on its determination that . . . dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources based on currently available information." (Dkt. No. 18 at 1.)

      Based on the forgoing, the Court hereby ORDERS as follows:

ORDER
C19-1715-JCC
PAGE - 1

- The Complaint, this Order, the Government's Notice of Election to Decline Intervention, and all other papers on file in this action are UNSEALED.
- All claims set forth in the Complaint are DISMISSED without prejudice to the Relator and without prejudice to the Government.
- To the extent the parties file any further pleadings or motions, including supporting memoranda in this action, they must serve the same upon the Government as provided in 31 U.S.C. § 3730(c)(3).

DATED this 19th day of August 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE